RECEIVED
IN LAKE CHARLES, LA
AUG 09 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEAN FRANGEL MENELAS | : | DOCKET NO. 2:06-CV-0044 |
| VS. | : | JUDGE MINALDI |
| JOE YOUNG, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the "Motion to Dismiss" [doc. 21] be GRANTED and that this petition be DENIED AND DISMISSED WITH PREJUDICE as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___9___ day of ___Aug___, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE